UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JULIO ROBERT FLORES (2),<br><br>　　　　　　　　Defendant. | CASE NO. 13CR1847-WQH<br><br>JUDGMENT OF DISMISSAL |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

　　8:1324(1)(A)(iii)and(v)(II)

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 3, 2013

　　　　　　　　　　　　　　　　　Bernard G. Skomal
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge